IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NATHANIEL J. BROWN,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0471

Opinion filed March 4, 2016.

Petition for Writ of Prohibition – Original Jurisdiction.

Nathaniel J. Brown, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

    Petitioner is warned that any future pleadings determined by this court to be frivolous or successive may result in the imposition of sanctions against him, including a prohibition against any further pro se pleadings and a referral to the Florida

Department of Corrections for disciplinary procedures pursuant to the rules of the Department as provided in section 944.279, Florida Statutes (2015). See Fla. R. App. P. 9.410.

ROBERTS, C. J., MAKAR and OSTERHAUS, JJ., CONCUR.